UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SARATOGA BLACK LIVES MATTER, INC.;
ALEXUS BROWN;
MOLLY B. DUNN;
GABRIELLE C. ELLIOT;
ALEXIS A. FIGUEREO;
MARCUS FILIEN;
CHANDLER M. HICKENBOTTOM;
SAMIRA K. SANGARE; and
TIEMOGO J. SANGARE;

**Index No.: 1:24-cv-865
(TJM/CFH)**

        Plaintiffs,

  -against-

**THE CITY OF SARATOGA SPRINGS;**
**JOHN F. SAFFORD,** Mayor of the City of Saratoga Springs, sued in his individual and official capacity;
**MEG KELLY,** former Mayor of the City of Saratoga Springs, sued in her individual capacity;
**TIM COLL,** Commissioner of Public Safety of the City of Saratoga Springs, sued in his official capacity;
**ROBIN DALTON,** former Commissioner of Public Safety of the City of Saratoga Springs, sued in her individual capacity;
**JAMES MONTAGNINO,** former Commissioner of Public Safety of the City of Saratoga Springs, sued in his individual capacity;
**TYLER McINTOSH,** Chief of Police of the City of Saratoga Springs, sued in his individual and official capacity;
**SHANE L. CROOKS,** former Chief of Police of the City of Saratoga Springs, sued in his individual capacity;
**JOHN T. CATONE,** former Assistant Chief of Police of the City of Saratoga Springs, sued in his individual capacity;
**ROBERT JILLSON,** Lieutenant in the City of Saratoga Springs Police Department, sued in his individual and official capacity;
**TIMOTHY SICKO,** Sergeant in the City of Saratoga Springs Police Department, sued in his individual and official capacity,
**ANDREW STREIM,** Sergeant in the City of Saratoga Springs Police Department, sued in his individual and official capacity;

**PAUL VEITCH**, Sergeant in the City of Saratoga Police Department, sued in his individual and official capacity;
**MEGAN DAVENPORT,** Investigator in the City of Saratoga Springs Police Department, sued in her individual and official capacity;
**JOHN GUZEK**, Investigator in the City of Saratoga Springs Police Department, sued in his individual and official capacity;
**MATTHEW MILLER**, Investigator in the City of Saratoga Springs Police Department, sued in his individual and official capacity;
**STEVEN RESIDE**, Investigator in the City of Saratoga Springs Police Department, sued in his individual and official capacity;
**GLENN A. BARRETT,** police officer in the City of Saratoga Springs Police Department, sued in his individual and official capacity;
**WILLIAM COYNER**, police officer in the City of Saratoga Springs Police Department, sued in his individual and official capacity;
**YEVGENIY KHUTORYANSKIY,** police officer in the City of Saratoga Springs Police Department, sued in his individual and official capacity; and
**"JOHN DOES" 1 -100,** whose identities and the precise numbers of which are not known by plaintiffs, but who are intended to represent City of Saratoga Springs police officers or officials who either directly participated in violating the constitutional rights of one or more of the plaintiffs herein during the period of July 14, 2021 to the present, as described herein and/or who failed to intervene to stop or prevent the violation of the rights of one or more of the plaintiffs during this period, and who are sued in their individual and official capacities,

                    Defendants.

## NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| ON BEHALF OF: | Defendant Tim Coll |
| DATE, TIME and LOCATION | Before the Honorable Thomas J. McAvoy, Senior District Judge, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY on submission unless otherwise ordered by the Court |
| PAPERS SUBMITTED: | Memorandum of Law |

{A0951439.1} 2

| | |
|---|---|
| RELIEF SOUGHT: | An Order pursuant to FRCP Rule 12(b)(6) dismissing plaintiffs' First Amended Complaint in its entirety together with such other and further relief as to the Court may deem just and proper |
| REPLY PAPERS: | Pursuant to Local Rule 7.1(b)(1), any party opposing this motion must file its opposition papers with the Court and serve them upon the other parties not less than seventeen days prior to the return date of the motion |

Dated: May 5, 2025

BURKE, SCOLAMIERO & HURD, LLP

By: _____
JUDITH B. AUMAND, ESQ.
Bar Roll No.: 515936
Attorneys for Defendant Tim Coll
7 Washington Square
P.O. Box 15085
Albany, New York 12212-5085
Telephone Number (518) 862-1386
Our File Number 103.311

TO:   All Counsel via CM/ECF