UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SARATOGA BLACK LIVES MATTER, INC.;
ALEXUS BROWN;
MOLLY B. DUNN;
GABRIELLE C. ELLIOT;
ALEXIS A. FIGUEREO;
MARCUS FILIEN;
CHANDLER M. HICKENBOTTOM;
SAMIRA K. SANGARE; and
TIEMOGO J. SANGARE;

**Index No.: 1:24-cv-865**
**(TJM/CFH)**

Plaintiffs,

-against-

**THE CITY OF SARATOGA SPRINGS;**
**JOHN F. SAFFORD,** Mayor of the City of Saratoga Springs,
sued in his individual and official capacity;
**MEG KELLY,** former Mayor of the City of Saratoga Springs,
sued in her individual capacity;
**TIM COLL,** Commissioner of Public Safety of the City of
Saratoga Springs, sued in his official capacity;
**ROBIN DALTON,** former Commissioner of Public Safety of
the City of Saratoga Springs, sued in her individual
capacity;
**JAMES MONTAGNINO,** former Commissioner of Public
Safety of the City of Saratoga Springs, sued in his individual
capacity;
**TYLER McINTOSH,** Chief of Police of the City of Saratoga
Springs, sued in his individual and official capacity;
**SHANE L. CROOKS,** former Chief of Police of the City of
Saratoga Springs, sued in his individual capacity;
**JOHN T. CATONE,** former Assistant Chief of Police of the
City of Saratoga Springs, sued in his individual
capacity;
**ROBERT JILLSON,** Lieutenant in the City of Saratoga
Springs Police Department, sued in his individual and official
capacity;
**TIMOTHY SICKO,** Sergeant in the City of Saratoga Springs
Police Department, sued in his individual and official capacity,
**ANDREW STREIM,** Sergeant in the City of Saratoga
Springs Police Department, sued in his individual and official
capacity;

**PAUL VEITCH**, Sergeant in the City of Saratoga Police Department, sued in his individual and official capacity;

**MEGAN DAVENPORT,** Investigator in the City of Saratoga Springs Police Department, sued in her individual and official capacity;

**JOHN GUZEK**, Investigator in the City of Saratoga Springs Police Department, sued in his individual and official capacity;

**MATTHEW MILLER**, Investigator in the City of Saratoga Springs Police Department, sued in his individual and official capacity;

**STEVEN RESIDE**, Investigator in the City of Saratoga Springs Police Department, sued in his individual and official capacity;

**GLENN A. BARRETT,** police officer in the City of Saratoga Springs Police Department, sued in his individual and official capacity;

**WILLIAM COYNER**, police officer in the City of Saratoga Springs Police Department, sued in his individual and official capacity;

**YEVGENIY KHUTORYANSKIY,** police officer in the City of Saratoga Springs Police Department, sued in his individual and official capacity; and

**"JOHN DOES" 1 -100,** whose identities and the precise numbers of which are not known by plaintiffs, but who are intended to represent City of Saratoga Springs police officers or officials who either directly participated in violating the constitutional rights of one or more of the plaintiffs herein during the period of July 14, 2021 to the present, as described herein and/or who failed to intervene to stop or prevent the violation of the rights of one or more of the plaintiffs during this period, and who are sued in their individual and official capacities,

Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the foregoing Notice of Motion to Dismiss on behalf of defendant Tim Coll with the Clerk of the Northern District Court using its CM/ECF system.

Michelle R. McAdoo