

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

Honorable Paul J. Evangelista
U.S. Magistrate Judge
United States District Court
Northern District of New York
James T. Foley Courthouse
Albany, NY 12207

May 20, 2026

RE:  Saratoga Black Lives Matter, Inc. et al v. The City of Saratoga Springs et al, 1:24-cv-00865-AMN- PJE

Dear Judge Evangelista :

Non-party the Office of the New York State Attorney General ("OAG") respectfully requests that this Court approve an adjournment of its time to respond to the Motions to Compel served on OAG on May 5, 2026 by Defendants Robert Jillson, Tyler McIntosh, Shane L. Crooks, John T. Catone, Timothy Sicko, Andrew Streim, Paul Veitch, Megan Davenport, John Guzek, Matthew Miller, Steven Reside, Glen A. Barrett, William Coyner, and Yevgeny Khutoryansky ("Movants") in the above-referenced actions.  OAG has conferred with Movants' counsel, John D. Aspland, Jr., as OAG seeks to narrow the issues in dispute, and Movants' counsel has consented to an adjournment of OAG's time to respond to the Motions to Compel up to and including June 9, 2026.

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/ *Allison M. Walsh*

Allison M. Walsh
Associate General Counsel
(212) 416-8404
allison.walsh@ag.ny.gov

C: John D.Aspland, Jr.